

**ORDERED in the Southern District of Florida on March 12, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Case No. 20-10427-BKC-RAM
          Chapter 13

Armando Vega,

_____Debtor(s)._____/

### ORDER SUSTAINING OBJECTION TO CLAIM #2-1 OF DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE [#20]

This case came before the Court on March 10, 2020, upon the Debtor's Objection to Claim #2-1 of the Department of the Treasury- Internal Revenue Service, on the consent calendar, and no objections were raised. Based on the record, it is

**ORDERED AND ADJUDGED**

1. The objection(s) with respect to the following claim(s) is sustained. The claim is disallowed and stricken. The Debtor has satisfied the debt for the 2019 tax period directly.

| Claim # | Claimant |
|---|---|
| 2-1 | Department of the Treasury- Internal Revenue Service |

###

Order Submitted by:

Reyes & Calas- Johnson, P.A.
Attorneys for Debtor
782 N.W. 42nd Ave., #345
Miami, FL 33126
(305) 476-1900
rcjlawpa@aol.com

(Reyes & Calas- Johnson, P.A., is directed to serve copies of this order on the parties listed and file a certificate of service.)

Copies furnished to:

Nancy Neidich, Trustee ECF registered

The Honorable William Barr
Attorney General of the United States
950 Pennsylvania Ave. N.W.
Room 4400
Washington DC 20530-0001

Ariana Fajardo Orshan
United States Attorney
Southern District of Florida
99 N.E. 4th St.
Miami, FL 33132

Internal Revenue Service
Insolvency Support Group, Unit 1
Stop 5730
7850 S.W. 6th Ct., Room 165
Plantation, FL 33324

Special Assistant United States Attorney
Associate Area Counsel (SBSE)-Miami
1114 Claude Pepper Federal Building
P.O. Box 9, Stop 8000
51 SW 1st Ave.
Miami, FL 33130

Internal Revenue Service
Compliance Services-Insolvency Support Group, Unit III
P.O. Box 17167-Stop 5730
Ft. Lauderdale, FL 33318

Internal Revenue Service
POB 21126
Philadelphia, PA 19114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

**SERVICE LIST CONTINUED**

Internal Revenue Service
400 W Bay Street M/S 5730
Jacksonville, FL 32202

Internal Revenue Service
Attn: Monica Carter, Bankruptcy Specialist
7850 SW 6th Court M/S 5730
Plantation, FL 33324